UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARILYN WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:24-cv-01017-MTS |
| ) | |
| SAINT LOUIS UNIVERSITY HOSPITAL, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon self-represented Plaintiff Marilyn Williams's Application to Proceed in District Court Without Prepaying Fees or Costs. Doc. [3]. Based on a review of the financial information provided in support of the Application, the Court finds that Plaintiff is unable to pay the filing fee. As such, the Court will grant the Application. *See* 28 U.S.C. § 1915(a)(1). In addition, the Court will require Plaintiff to file a First Amended Complaint. Each page of Plaintiff's original Complaint and attached Memorandum contains a large streak down the middle where significant portions of text are missing due to what appears to be an issue with the printer Plaintiff used.[1] *See generally* Doc. [1]. Given the omitted material, the Complaint fails to give Defendant (and the Court) fair notice of Plaintiff's claims and the grounds upon which they rest. *See Anderson v. U.S. Dep't of Hous. & Urb. Dev.*, 554 F.3d 525, 528 (5th Cir. 2008) (complaint must put the

---

[1] Court records note that staff in the Clerk of Court's office raised this issue with Plaintiff at the time filing, but Plaintiff indicated that she wanted the documents filed "as-is."

defendant on notice as to what conduct supports the claims); *see also* Fed. R. Civ. P. 8(a)(2).

Plaintiff must file a First Amended Complaint, using the Court's civil complaint form (MOED-0032), no later than Wednesday, December 11, 2024. Plaintiff shall carefully complete the form—including by specifying her claim for relief, which her original Complaint does not do. *See* Fed. R. Civ. P. 8(a)(3) (noting a pleading must contain a "demand for the relief sought"). If Plaintiff fails to timely file a First Amended Complaint consistent with this Court's order, the Court will dismiss this action without further notice. *See Hutchins v. A.G. Edwards & Sons, Inc.*, 116 F.3d 1256, 1259 (8th Cir. 1997) ("A district court has the power to dismiss a litigant's cause of action when the litigant fails to comply with the court's orders.").

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. [3], is **GRANTED**. *See* 28 U.S.C. § 1915(a)(1).

**IT IS FURTHER ORDERED** that Plaintiff shall file a First Amended Complaint, consistent with this Memorandum and Order, no later than **Wednesday**, **December 11, 2024**. The failure to do so will result in the dismissal of this action.

Dated this 20th day of November 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE